HENRY DIETRICK and another, *Respondents, v.* DANIEL ALLEN, *as Administrator, etc., Appellant.* — Judgment affirmed. *Held,*

that as the objection now made, that the question put to the witnesses on the subject of the amount of damages called for their opinions and not for facts, was not specified at the trial, it is not available on appeal.